# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JOSHUA SCOTT GOODMAN**                                   **PETITIONER**
**REG # 14569-509**

v.                              **No. 2:25-cv-190-DPM**

**C. HUMPHREY, Warden, FCI Forrest**
**City-Low**                                              **RESPONDENT**

### ORDER

Unopposed recommendation, *Doc. 13*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Goodman's § 2241 petition will be dismissed without prejudice for lack of subject matter jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_14 July 2026_