# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

JOSHUA SCOTT GOODMAN                                   PETITIONER
REG # 14569-509

v.                                  No. 2:25-cv-190-DPM

C. HUMPHREY, Warden, FCI Forrest
City-Low                                              RESPONDENT

## JUDGMENT

Goodman's § 2241 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_14 July 2026_